1

2

3

4

5

6

7

8

9

10

11

12

13

14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,                                    )          No. C 15-00718 EJD (PR)
                                                 )
            Plaintiff,                           )          ORDER OF DISMISSAL
                                                 )
   v.                                            )
                                                 )
                                                 )
M. PEREZ, et al.,                                )
                                                 )
            Defendants.                          )
                                                 )
                                                 )
_____ )

15      On February 18, 2015, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.

16   (Docket No. 2.)  On February 19, 2015, the Clerk sent Plaintiff a notice that his civil

17   action was deficient because he had not paid the filing fee nor filed an IFP application.

18   (Docket No. 1.)  The notice included the warning that Plaintiff must respond within

19   twenty-eight days to avoid dismissal of this action.  (Id.)   Plaintiff was provided with a

20   blank copy of the IFP application and a postage-paid return envelope.  The deadline has

21   passed and Plaintiff has not filed an IFP application or paid the filing fee.  Accordingly,

22   Plaintiff's case is DISMISSED without prejudice.

23      The Clerk shall terminate any pending motions and close the file.

24

25   DATED: _____4/10/2015_____          _____
                                             EDWARD J. DAVILA
26                                           United States District Judge

27

28

Order of Dismissal
P:\PRO-SE\EJD\CR.15\00718Diaz_dism-ifp.wpd                1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE DIAZ,

          Plaintiff,

     v.

M. PEREZ, et al.,

          Defendants.

Case No.  5:15-cv-00718-EJD

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on 4/10/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique  Diaz ID: K-70268
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: 4/10/2015

Richard W. Wieking
Clerk, United States District Court

By: _Elizabeth C. Garcia_
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA

United States District Court
Northern District of California